UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INMATES OF THE RHODE ISLAND TRAINING SCHOOL FOR YOUTH, Plaintiffs, | ) | |
| vs. | ) | C.A. No. 71-4529-L |
| PATRICIA MARTINEZ, et al., Defendants. | ) | |

**MOTION TO WITHDRAW AS SPECIAL MASTER**

Matthew A. Lopes, Jr., Special Master in the above-captioned matter, hereby moves to withdraw as Special Master. In support of this motion, the Special Master relies upon the memorandum submitted herewith.

Respectfully submitted,

Matthew A. Lopes, Jr.
Special Master

CERTIFICATE OF SERVICE

I hereby certify that a copy of the within document was mailed on the 4th day of January, 2006, to the following:

Kevin J. Aucoin, Esq.
Chief Legal Counsel
Rhode Island Department of Children,
Youth & Families
101 Friendship Street, 4th Floor
Providence, RI 02903

David Fahti, Esq.
Staff Counsel
ACLU National Prison Project
1875 Connecticut Avenue, N.W.
Suite 410
Washington, DC 20009

Jametta Alston, Esq.
Office of Child Advocate
West Exchange Center
272 West Exchange Street – Suite 301
Providence, RI 02903

John W. Dineen, Esq.
Yesser, Glasson & Dineen
One Providence Washington Plaza
Providence, RI 02903

Jennifer L. Wood, Esq.
Rhode Island Department of Education
255 Westminster Street
Providence, RI 02903

# 3486743_v1

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INMATES OF THE RHODE ISLAND TRAINING SCHOOL FOR YOUTH, Plaintiffs, | ) | |
| vs. | ) | C.A. No. 71-4529-L |
| PATRICIA MARTINEZ, et al., Defendants. | ) | |

**MEMORANDUM IN SUPPORT MOTION TO WITHDRAW AS SPECIAL MASTER**

Matthew A. Lopes, Jr., the Special Master in the above-captioned matter, submits this memorandum in support of his motion to withdraw. As grounds for said motion, the Special Master states that he has served as either Deputy Special Master or Special Master in this matter for more than a decade. Due to other commitments, the Special Master cannot continue to devote the time and attention to this matter that is required to fulfill the duties of Special Master. Accordingly, he respectfully requests that he be permitted to withdraw as Special Master and that the Court appoint a new Special Master in this matter.

Respectfully submitted,

Matthew A. Lopes, Jr.
Special Master

CERTIFICATE OF SERVICE

I hereby certify that a copy of the within document was mailed on the 4th day of January, 2006, to the following:

Kevin J. Aucoin, Esq.
Chief Legal Counsel
Rhode Island Department of Children, Youth & Families
101 Friendship Street, 4th Floor
Providence, RI 02903

David Fahti, Esq.
Staff Counsel
ACLU National Prison Project
1875 Connecticut Avenue, N.W.
Suite 410
Washington, DC 20009

Jametta Alston, Esq.
Office of Child Advocate
West Exchange Center
272 West Exchange Street – Suite 301
Providence, RI 02903

John W. Dineen, Esq.
Yesser, Glasson & Dineen
One Providence Washington Plaza
Providence, RI 02903

Jennifer L. Wood, Esq.
Rhode Island Department of Education
255 Westminster Street
Providence, RI 02903

[signature]

# 3486747_v1