UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INMATES OF THE RHODE ISLAND TRAINING SCHOOL FOR YOUTH, Plaintiffs, | ) | |
| vs. | ) | C.A. No. 71-4529-L |
| PATRICIA MARTINEZ, et al., Defendants. | ) | |

**ORDER**

This matter came before the Court on the Motion to Withdraw as Special Master filed by Matthew A. Lopes, Jr., Esquire. Having considered the motion and being otherwise advised, the motion is hereby granted. Matthew A. Lopes, Jr. is hereby discharged from his duties as Special Master.

It is so ordered.

Ronald R Lagueux

Ronald R. Lagueux
Senior United States District Judge
~~January ___, 2006~~
Feb. 1, 2006

# 3486748_v1