UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INMATES OF THE RHODE ISLAND TRAINING SCHOOL, Plaintiffs, | : | |
| v. | : | C.A. No. 71-4529-L |
| PATRICIA MARTINEZ, ET AL., Defendants. | : | |

**PLAINTIFFS' MOTION TO APPROVE THE DISBURSEMENT OF ATTORNEYS' FEES**

Plaintiffs and their counsel from the American Civil Liberties Foundation ("ACLU") and the American Civil Liberties Foundation Rhode Island ("ACLU-RI") hereby request that this Court approve the disbursement of attorneys' fees and costs that have been held in escrow and/or withheld from payment in this case since the decision of the Rhode Island Supreme Court in In re Rule Amendments to Rules 5.4(A) and 7.2(C) of the Rules of Professional Conduct, 815 A.2d 47 (R.I. 2002). In support of this motion, the moving parties rely on the memorandum of law submitted herewith.

AMERICAN CIVIL LIBERTIES UNION FOUNDATION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION RHODE ISLAND

By their Attorneys,

Mark W. Freel (# 4003)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

PLAINTIFFS INMATES OF THE RHODE ISLAND TRAINING SCHOOL

By their Attorneys,

David C. Fathi*
Senior Staff Counsel
ACLU Foundation, Inc. 915 15th St. N.W.
7th Floor
Washington, D.C. 20005
(202) 548-6609
*Practice limited to the federal courts.

John W. Dineen
Yesser, Glasson & Dineen
One Providence Washington Plaza
5th Floor
Providence, RI 02903
(401) 331-3550 Ext. 2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of February, 2006, a true and accurate copy of the within Motion was mailed, postage prepaid, to:

Rebecca Tedford-Partington
Office of the Attorney General
150 South Main Street
Providence, RI 02903

Kevin J. Aucoin
Chief Legal Counsel
Department of Children, Youth and Families
101 Friendship Street
Providence, RI 02903



PRV_782233_1/CFTURCOTTE