IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

FILED
JUN 1 1992
R. F. CONNOR, CLK.
U. S. DISTRICT COURT
WEST DISTRICT OF MISSOURI

FRANK SUSMAN and
AMERICAN CIVIL LIBERTIES
UNION/EASTERN MISSOURI FUND,

Plaintiffs,

vs.

STATE OF MISSOURI and
WILLIAM L. WEBSTER,
Attorney General of the
State of Missouri,

Defendants.

No. 91-4429-CV-C-5

ORDER

Before the Court is plaintiffs' motion for summary judgment. Defendants have not responded to plaintiffs' motion. Finding plaintiffs' motion to be meritorious and uncontroverted, it is hereby

ORDERED that plaintiffs' motion for summary judgment is granted.

SCOTT O. WRIGHT
Senior United States District Judge

~~May~~ June 1, 1992

DOC.# 12

ORIGINAL