UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INMATES OF THE RHODE ISLAND TRAINING SCHOOL FOR YOUTH | : | |
| v. | : | C.A. NO. 71-4529 - L |
| PATRICIA MARTINEZ, in her capacity as DIRECTOR OF THE DEPARTMENT FOR CHILDREN, YOUTH AND FAMILIES, et. al. | : | |

**JOINT MOTION FOR APPOINTMENT OF SPECIAL MASTER**

Plaintiffs and defendants, through their undersigned counsel, jointly move this Court for the appointment of Michael K. Lewis, Esq., of Washington, DC, as Special Master in this action, with all the powers and duties set forth in this Court's Order of October 3, 2000.

The reasons for this Motion are set forth in the accompanying Memorandum. A proposed Order is filed herewith.

Respectfully submitted
this ___ day of March, 2006,

PATRICIA MARTINEZ, in her capacity
As the Director of the Dept. of
Children, Youth and Families, et. al.

By her attorneys,

Kevin Aucoin, Esquire
R.I. Bar No. 3019
Executive Counsel
Dept. of Children, Youth
and Families
101 Friendship Street
Providence, R.I. 02903
(401) 528-3570
(401) 528-3566 (Fax)

INMATES OF THE RHODE ISLAND
TRAINING SCHOOL FOR YOUTH

By their attorneys,

David C. Fathi, Esquire
(Practice Limited to federal courts)
Senior Staff Counsel
ACLU National Prison Project
915 15th St. N.W.
7th Floor
Washington, D.C. 20005
(202) 548-6609
(202) 393-4931 (Fax)

Karen Clark, Esquire
R. I. Bar No. 5419
Senior Legal Counsel
Department of Children, Youth and Families
101 Friendship Street
Providence, R.I. 02903
(401) 528-3561
(401) 528-3566 (Fax)

John Dineen, Esquire
R.I. Bar No. 2346
Yesser, Glasson & Dineen
One Providence Washington Plaza
Providence, R.I. 02903
(401) 331-3550
(401)

CERTIFICATION OF NOTICE

I hereby certify that a copy of the within document was mailed on the 1ST day of ~~February~~ MARCH, 2006 to the following:

Michael K. Lewis, Esquire
1666 Connecticut Avenue
Suite 500
Washington, DC 20009

David C. Fathi, Esquire
ACLU National Prison Project
915 15th St. N.W., 7th Floor
Washington, DC 20005

Jametta Alston, Esquire
Office of the Child Advocate
272 West Exchange Street, Suite 301
Providence, RI 02903

John W. Dineen, Esquire
Yesser, Glasson & Dineen
One Providence Washington Plaza
Providence, RI 02903

Jennifer L. Wood, Esquire
Rhode Island Department of Education
255 Westminster Street
Providence, RI 02903

Mary J. Simas

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INMATES OF THE RHODE ISLAND TRAINING SCHOOL FOR YOUTH | : | |
| v. | : | C.A. NO. 71-4529 - L |
| PATRICIA MARTINEZ, in her capacity as DIRECTOR OF THE DEPARTMENT FOR CHILDREN, YOUTH AND FAMILIES, et. al. | : | |

**MEMORANDUM IN SUPPORT OF**

**JOINT MOTION FOR APPOINTMENT OF SPECIAL MASTER**

This injunctive class action, filed in 1971, challenges the conditions under which youth are confined at the Rhode Island Training School for Youth (hereinafter "RITS"). The litigation has resulted in a number of consent judgments, the most recent entered by this Court on October 3, 2000 (hereinafter "the 2000 Order").

The 2000 Order sets forth a number of requirements for conditions of confinement at RITS. It also requires defendants to construct a new Training School, and achieve full accreditation of the new facility by the American Correctional Association or its successor organization. 2000 Order at 5-6. Construction of the new Training School facility has recently begun.

The 2000 Order also provides:

> Finally, because of the long history and complexity of this case[] filed originally in 1972, as well as the special vulnerability of the plaintiff class, it is ordered that J. Michael Keating, Jr. be and hereby is continued in his appointment as a Special Master empowered to monitor compliance with and implementation of this Order. ... [T]he defendants shall continue to bear the costs of the Mastership, as they have throughout the appointment of the Master. During this continued tenure, the Special Master will work with the parties to ensure compliance with all of the provisions of this Order.

2000 Order at 5. Thereafter, Mr. Keating served as Special Master until he was replaced by Matthew A. Lopes, Jr., Esq. On February 1, 2006, this Court entered an order discharging Mr. Lopes from his duties as Special Master.

Accordingly, the parties now jointly move for the appointment of Michael K. Lewis, Esq., of Washington, DC, as Special Master in this case, with all the powers and duties set forth in the 2000 Order.[1] The parties have conferred and agree that Mr. Lewis, by virtue of his training and experience, is an appropriate candidate for appointment as Special Master in this case.

Respectfully submitted
this ____ day of March, 2006,

PATRICIA MARTINEZ, in her capacity as the Director of the Dept. of Children, Youth and Families, et. al.

By her attorneys,

Kevin J. Aucoin, Esquire
R.I. Bar No. 3019
Executive Counsel
Department of Children
Youth and Families
101 Friendship Street
Providence, RI 02903
(401) 528-3570
(401) 528-3566 (fax)

INMATES OF THE RHODE ISLAND TRAINING SCHOOL

By their attorneys,

David C. Fathi, Esquire
(Practice limited to federal courts)
Senior Staff Counsel
ACLU National Prison Project
915 15th St. N.W.
7th Floor
Washington, DC 20005
(202) 548-6609
(202) 393-4931 (fax)

[1] Mr. Lewis' curriculum vitae is attached hereto as Exhibit 1.

Karen Clark, Esquire
Senior Legal Counsel
Department of Children
Youth and Families
101 Friendship Street
Providence, RI 02903
(401) 528-3561
(401) 528-3566 (fax)

John Dineen, Esquire R.I. Bar # 2346
Yesser, Glasson & Dineen
One Providence Washington Plaza
Providence, RI 02903
(401) 331-3550

CERTIFICATION OF NOTICE

I hereby certify that a copy of the within document was mailed on the 1ST day of ~~February~~ MARCH, 2006 to the following:

Michael K. Lewis, Esquire
1666 Connecticut Avenue
Suite 500
Washington, DC 20009

David C. Fathi, Esquire
ACLU National Prison Project
915 15th St. N.W., 7th Floor
Washington, DC 20005

Jametta Alston, Esquire
Office of the Child Advocate
272 West Exchange Street, Suite 301
Providence, RI 02903

John W. Dineen, Esquire
Yesser, Glasson & Dineen
One Providence Washington Plaza
Providence, RI 02903

Jennifer L. Wood, Esquire
Rhode Island Department of Education
255 Westminster Street
Providence, RI 02903