UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

INMATES OF THE RHODE ISLAND TRAINING SCHOOL,
Plaintiffs

v.

PATRICIA MARTINEZ, et al.,
Defendants

C.A. No. 71-4529 L

**MOTION FOR EXTENSION OF TIME**

Now come the Department of Children, Youth and Families; Patrick Lynch, Attorney General for the State of Rhode Island, in his official capacity; and David Curtin, Chief Disciplinary Counsel for the State of Rhode Island, in his official capacity, and move this Court for an extension of time to respond to Plaintiffs' Motion for Approval of Payment and Disbursement of Attorneys' Fees and Costs. Moving parties request that they be allowed up to and until March 31, 2006 to respond. **Counsel for the ACLU has been contacted and has no objection to the instant motion.**

Respectfully submitted,

Patrick C. Lynch, Attorney General
David Curtin, Chief Disciplinary Counsel
By Their Attorney

PATRICK C. LYNCH
ATTORNEY GENERAL

Rebecca Tedford Partington

Rebecca Tedford Partington #3890
Deputy Chief--Civil Division
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400 x 2303
Fax (401) 222-2995

Department of Children Youth And Families
By Their Counsel

Kevin J. Aucoin by [signature]
Kevin J. Aucoin, Executive Chief Legal Counsel
Department of Children, Youth and Families
101 Friendship Street
Providence, RI 02903
Tel: (401) 528-3570
Fax: (401) 528-3566

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing document was mailed, postage prepaid, on this 2nd day of March, 2006 to the person or persons indicated below:

Melissa [signature]

Mark W. Freel, Esquire
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

David C. Fathi, Esquire
Senior Staff Counsel
ACLU Foundation, In.c
915 15th St. N.W., 7th Floor
Washington, DC 20005

John W. Dineen, Esquire
Yesser, Glasson & Dineen
One Providence Washington Plaza
5th Floor
Providence, RI 02903