UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INMATES OF THE RHODE ISLAND TRAINING SCHOOL FOR YOUTH<br>v.<br><br>PATRICIA MARTINEZ, in her capacity as DIRECTOR OF THE DEPARTMENT FOR CHILDREN, YOUTH AND FAMILIES, et. al. | :<br>:<br>:<br>:<br>:<br>:<br>: | C.A. NO. 71-4529 - L |

**ORDER**

This matter came before the Court on the Joint Motion of the parties to Appoint Michael K. Lewis, Esq. as Special Master. Having considered the Motion, and the Court being fully advised, it is now ORDERED:

That Michael K. Lewis, Esq., of Washington, DC, is hereby appointed as Special Master in this action, with all the powers and duties set forth in the Court's Order of October 3, 2000. Defendants shall pay Mr. Lewis' reasonable fees and expenses incurred in discharging his duties as Special Master.

Ronald R. Lagueux
Ronald R. Lagueux
Sr. United States District Judge
~~February~~ ____, 2006
APR. 6