UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INMATES OF THE RHODE ISLAND TRAINING SCHOOL, Plaintiffs, | : | |
| v. | : | C.A. No. 71-4529-L |
| PATRICIA MARTINEZ, ET AL., Defendants. | : | |

## MOTION FOR EXTENSION OF TIME

Plaintiffs and their counsel from the American Civil Liberties Foundation ("ACLU") and the American Civil Liberties Foundation Rhode Island ("ACLU-RI") hereby move this Court for an extension of time to reply to Defendants' Objection to Plaintiffs' Motion to Approve Disbursement of Attorneys' Fees. The moving parties request that they be allowed an additional two (2) days, through and including April 20, 2006. **Counsel for the Defendants have been contacted and have no objection to the instant motion.**

AMERICAN CIVIL LIBERTIES UNION FOUNDATION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION RHODE ISLAND

By their Attorneys,

Mark Freel (CFT)

Mark W. Freel (# 4003)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

PLAINTIFFS INMATES OF THE RHODE ISLAND TRAINING SCHOOL

By their Attorneys,

David Fathi (CFT)

David C. Fathi*
Senior Staff Counsel
ACLU Foundation, Inc. 915 15th St. N.W.
7th Floor
Washington, D.C. 20005
(202) 548-6609
*Practice limited to the federal courts.

John Dineen (CFT)

John W. Dineen
Yesser, Glasson & Dineen
One Providence Washington Plaza
5th Floor
Providence, RI 02903
(401) 331-3550 Ext. 2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of April, 2006, a true and accurate copy of the within Motion was mailed, postage prepaid, to:

Rebecca Tedford-Partington
Office of the Attorney General
150 South Main Street
Providence, RI 02903

Kevin J. Aucoin
Chief Legal Counsel
Department of Children, Youth and Families
101 Friendship Street
Providence, RI 02903

Carlie Tirretto