UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INMATES OF THE RHODE ISLAND TRAINING SCHOOL, Plaintiffs | : | |
| v. | : | C.A. No. 71-4529 L |
| PATRICIA MARTINEZ, et al., Defendants | : | |

**MOTION FOR EXPEDITED CONSIDERATION**

Now come the Defendants and request that this Court expedite consideration of its Motion for Leave to File Objection Nunc Pro Tunc.

Respectfully submitted,

Patrick C. Lynch, Attorney General
David Curtin, Chief Disciplinary Counsel
By Their Attorney

PATRICK C. LYNCH
ATTORNEY GENERAL

Rebecca Tedford Partington #3890
Deputy Chief--Civil Division
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400 x 2303
Fax (401) 222-2995

Department of Children Youth And Families
By Their Counsel

Kevin J. Aucoin / by [signature]

Kevin J. Aucoin, Executive Chief Legal Counsel
Department of Children, Youth and Families
101 Friendship Street
Providence, RI 02903
Tel: (401) 528-3570
Fax: (401) 528-3566

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing document was faxed and mailed, postage prepaid, on this 24th day of April, 2006 to the person or persons indicated below:

[signature]

Mark W. Freel, Esquire
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

David C. Fathi, Esquire
Senior Staff Counsel
ACLU Foundation, Inc.
915 15th St. N.W., 7th Floor
Washington, DC 20005

John W. Dineen, Esquire
Yesser, Glasson & Dineen
One Providence Washington Plaza
5th Floor
Providence, RI 02903

FILED APR 24 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INMATES OF THE RHODE ISLAND TRAINING SCHOOL, Plaintiffs | : | |
| v. | : | C.A. No. 71-4529 L |
| PATRICIA MARTINEZ, et al., Defendants | : | |

**MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED CONSIDERATION**

In support of their Motion for Expedited Consideration, Defendants would show that this Court has scheduled hearings in this matter for Wednesday, April 26, 2006. This Objection and Memorandum would be relevant to the subject matter of said hearing.

Respectfully submitted,

Patrick C. Lynch, Attorney General
David Curtin, Chief Disciplinary Counsel
By Their Attorney

PATRICK C. LYNCH
ATTORNEY GENERAL

Rebecca Tedford Partington

Rebecca Tedford Partington #3890
Deputy Chief--Civil Division
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400 x 2303
Fax (401) 222-2995

Department of Children Youth And Families
By Their Counsel

Kevin J. Aucoin / by CP

Kevin J. Aucoin, Executive Chief Legal Counsel
Department of Children, Youth and Families
101 Friendship Street
Providence, RI 02903
Tel: (401) 528-3570
Fax: (401) 528-3566

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing document was faxed and mailed, postage prepaid, on this 24th day of April, 2006 to the person or persons indicated below:

Melissa DiBiasio

Mark W. Freel, Esquire
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

David C. Fathi, Esquire
Senior Staff Counsel
ACLU Foundation, Inc.
915 15th St. N.W., 7th Floor
Washington, DC 20005

John W. Dineen, Esquire
Yesser, Glasson & Dineen
One Providence Washington Plaza
5th Floor
Providence, RI 02903