UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INMATES OF THE RHODE ISLAND TRAINING SCHOOL, Plaintiffs | : | |
| v. | : | C.A. No. 71-4529 L |
| PATRICIA MARTINEZ, et al., Defendants | : | |

**MOTION TO EXTEND TIME TO FILE OBJECTION NUNC PRO TUNC**

Now come the Defendants and request that the Court extend the time to which it may file an Objection to the ACLU's Motion to Intervene, which was filed on February 23, along with a Motion for Disbursement of Attorneys' Fees and an accompanying memorandum. As grounds therefore, counsel states that she was out of the office during much of February. Apparently the Motion to Intervene was misplaced or overlooked upon her return to work, and the objection filed by Defendants addressed only the fee issue. Defendants request that they be allowed to file the Objection and Memorandum in the form attached hereto.

Respectfully submitted,

Patrick C. Lynch, Attorney General
David Curtin, Chief Disciplinary Counsel
By Their Attorney

PATRICK C. LYNCH
ATTORNEY GENERAL

Rebecca Tedford Partington #3890
Deputy Chief--Civil Division
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400 x 2303
Fax (401) 222-2995

Department of Children Youth And Families
By Their Counsel

Kevin J. Aucoin / by [signature]

Kevin J. Aucoin, Executive Chief Legal Counsel
Department of Children, Youth and Families
101 Friendship Street
Providence, RI 02903
Tel: (401) 528-3570
Fax: (401) 528-3566

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing document was faxed and mailed, postage prepaid, on this 24th day of April, 2006 to the person or persons indicated below:

Melissa L. DiLorenzo [signature]

Mark W. Freel, Esquire
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

David C. Fathi, Esquire
Senior Staff Counsel
ACLU Foundation, Inc.
915 15th St. N.W., 7th Floor
Washington, DC 20005

John W. Dineen, Esquire
Yesser, Glasson & Dineen
One Providence Washington Plaza
5th Floor
Providence, RI 02903