UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INMATES OF THE RHODE ISLAND TRAINING SCHOOL, Plaintiffs, | : | |
| v. | : | C.A. No. 71-4529-L |
| PATRICIA MARTINEZ, ET AL., Defendants. | : | |

**MOTION FOR EXTENSION OF TIME**

Plaintiffs and their counsel from the American Civil Liberties Foundation ("ACLU") and the American Civil Liberties Foundation Rhode Island ("ACLU-RI") hereby move this Court for an extension of time to reply to Defendants' Objection to Plaintiffs' Motion to Approve Disbursement of Attorneys' Fees. The moving parties request that they be allowed an additional two (2) days, through and including April 20, 2006. **Counsel for the Defendants have been contacted and have no objection to the instant motion.**

Granted;
Ronald R. Lagueux
SR USDJ 4/25/06

AMERICAN CIVIL LIBERTIES UNION FOUNDATION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION RHODE ISLAND

By their Attorneys,

Mark Freel (CFT)

Mark W. Freel (# 4003)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INMATES OF THE RHODE ISLAND TRAINING SCHOOL, Plaintiffs | : | |
| v. | : | C.A. No. 71-4529 L |
| PATRICIA MARTINEZ, et al., Defendants | : | |

**MOTION FOR EXPEDITED CONSIDERATION**

Now come the Defendants and request that this Court expedite consideration of its Motion for Leave to File Objection Nunc Pro Tunc.

Respectfully submitted,

Patrick C. Lynch, Attorney General
David Curtin, Chief Disciplinary Counsel
By Their Attorney

PATRICK C. LYNCH
ATTORNEY GENERAL

Rebecca Tedford Partington

Rebecca Tedford Partington #3890
Deputy Chief--Civil Division
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400 x 2303
Fax (401) 222-2995

Granted:
Ronald R. Lagueux
Sr. USDJ 4/25/06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INMATES OF THE RHODE ISLAND TRAINING SCHOOL, Plaintiffs | : | |
| v. | : | C.A. No. 71-4529 L |
| PATRICIA MARTINEZ, et al., Defendants | : | |

**MOTION TO EXTEND TIME TO FILE OBJECTION NUNC PRO TUNC**

Now come the Defendants and request that the Court extend the time to which it may file an Objection to the ACLU's Motion to Intervene, which was filed on February 23, along with a Motion for Disbursement of Attorneys' Fees and an accompanying memorandum. As grounds therefore, counsel states that she was out of the office during much of February. Apparently the Motion to Intervene was misplaced or overlooked upon her return to work, and the objection filed by Defendants addressed only the fee issue. Defendants request that they be allowed to file the Objection and Memorandum in the form attached hereto.

Granted:
Ronald R. Lagueux
Sr. USDJ 4/25/06

Respectfully submitted,

Patrick C. Lynch, Attorney General
David Curtin, Chief Disciplinary Counsel
By Their Attorney

PATRICK C. LYNCH
ATTORNEY GENERAL

Rebecca Tedford Partington

Rebecca Tedford Partington #3890
Deputy Chief--Civil Division
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400 x 2303
Fax (401) 222-2995