UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INMATES OF THE RHODE ISLAND TRAINING SCHOOL, Plaintiffs | : | |
| v. | : | C.A. No. 71-4529 L |
| PATRICIA MARTINEZ, et al., Defendants | : | |

**ENTRY OF APPEARANCE**

Now comes Rebecca Tedford Partington and hereby enters her appearance on behalf of Defendants, Department of Children, Youth and Families; Patrick Lynch, Attorney General for the State of Rhode Island, in his official capacity; and David Curtin, Chief Disciplinary Counsel for the State of Rhode Island, in his official capacity in the above-entitled matter.

Respectfully submitted,

DEFENDANTS
By Their Attorney

PATRICK C. LYNCH
ATTORNEY GENERAL

Rebecca Tedford Partington #3890
Deputy Chief--Civil Division
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400 x 2303
Fax (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing document was hand-delivered on this 26th day of April, 2006 to the person or persons indicated below:

Mark W. Freel, Esquire
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

David C. Fathi, Esquire
Senior Staff Counsel
ACLU Foundation, Inc.
915 15th St. N.W., 7th Floor
Washington, DC 20005

John W. Dineen, Esquire
Yesser, Glasson & Dineen
One Providence Washington Plaza
5th Floor
Providence, RI 02903