# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INMATES OF THE RHODE ISLAND TRAINING SCHOOL, Plaintiffs | : | |
| v. | : | C.A. No. 71-4529-L |
| PATRICIA MARTINEZ, et al., Defendants | : | |

**AFFIDAVIT OF MARK W. FREEL**

I, Mark W. Freel, being under oath, hereby depose and state as follows:

1. I am a practicing attorney in the State of Rhode Island and am engaged in the practice of law as a Partner in the Litigation Department of the law firm of Edwards Angell Palmer & Dodge LLP.

2. I have experience in litigation matters of this type and am knowledgeable and familiar with the ordinary, customary and reasonable attorneys' fees charged in said matters.

3. As indicated in the attached invoice from Edwards Angell Palmer & Dodge LLP, the bill for legal fees and costs associated with this case equals $40,769.00, based on billing rates ranging from $300 per hour for a senior partner to $175 for a junior associate. My own time was changed at a rate of $300 per hour.

4. All of the legal services provided were necessary for the litigation of this matter.

5. The criteria upon which the attorneys' fees are based comport with the criteria set forth in Rule 1.5 of the Rules of Professional Conduct because:

(a) The time and labor devoted to this matter necessarily precluded other employment;

(b) The fee is customarily charged in the locality for similar legal services;

(c) The amount involved and the results obtained justified the fee;

(d) The time limitations imposed by the client and/or the circumstances justify the fee;

(e) The nature and length of the professional relationship with the client justify the fee; and

(f) The experience, reputation and ability of the attorneys and employees performing the services justify the fee.

6. The attorneys' fees of $40,769.00 are fair and reasonable for this action, in light of the nature of the action, the amount of work required, and the result achieved.

Mark W. Freel

STATE OF Rhode Island
COUNTY OF Providence

Subscribed and sworn to before me this 23rd day of January, 2007.

Elizabeth M. Kula
Notary Public
My Commission expires: July 14, 2009

EDWARDS ANGELL PALMER & DODGE LLP

2800 Financial Plaza Providence, RI 02903 401.274.9200 *fax* 401.276.6611
www.eapdlaw.com

# Invoice

*Wire Instructions:*
Bank of America
Westminster St., Providence, RI 02903
ABA# 026009593 Acct# 00-015-6917009

*Remittance Address*
P.O. Box 40956
Hartford, CT 06150-0956

Fed. Id #05-0135015
**10396** F9ATTY

**Non-Billable Firm Directed**

**January 16, 2007**

**Non-Billable Firm Directed/American Civil Liberties Union, Rhode Island Affiliate**
**99998/0529**
**Invoice # 1386018**

***Summary Page - Please refer to detail attached for further information.***

| | |
|---|---|
| **Legal Services:** | **$40,769.00** |
| **Disbursements:** | **$0.00** |
| **Total Invoice:** | **$40,769.00** |

***Bills for legal services, disbursements and charges are due within 30 days. Bills not paid within 30 days will be assessed a late payment charge equal to 1% per month until paid in full.***

EDWARDS ANGELL PALMER & DODGE LLP

2800 Financial Plaza Providence, RI 02903 401.274.9200 *fax* 401.276.6611
www.eapdlaw.com

# Invoice

*Wire Instructions:*
Bank of America
Westminster St., Providence, RI 02903
ABA# 026009593 Acct# 00-015-6917009

*Remittance Address*
P.O. Box 40956
Hartford, CT 06150-0956

Fed. Id #05-0135015
**10396** F9ATTY

**Non-Billable Firm Directed**

**January 16, 2007**

**Non-Billable Firm Directed/American Civil Liberties Union, Rhode Island Affiliate**
**99998/0529**
**Invoice # 1386018**

***Summary Page - Please refer to detail attached for further information.***

| | |
|---|---|
| **Legal Services:** | **$40,769.00** |
| **Disbursements:** | **$0.00** |
| **Total Invoice:** | **$40,769.00** |

***Remittance Copy***

EDWARDS ANGELL PALMER & DODGE LLP

2800 Financial Plaza Providence, RI 02903 401.274.9200 *fax* 401.276.6611
www.eapdlaw.com

# Invoice

*Wire Instructions:*
Bank of America
Westminster St., Providence, RI 02903
ABA# 026009593 Acct# 00-015-6917009

*Remittance Address*
P.O. Box 40956
Hartford, CT 06150-0956

Fed. Id #05-0135015
**10396** F9ATTY

Non-Billable Firm Directed

January 16, 2007

For Professional Services Rendered

99998/0529
Invoice # 1386018

American Civil Liberties Union, Rhode Island Affiliate

| | | | |
|---|---|---|---|
| 01/03/05 | M. FREEL | 1.00 | Review materials from client concerning payment of section 1988 fees to public interest non-profit groups. |
| 01/03/05 | M. JACKSON | 1.00 | Read materials provided by client in preparation for drafting Complaint for declaratory judgment. |
| 01/04/05 | M. FREEL | 1.00 | Continue to review background research materials from client on fee-sharing issues, including prior memos and prior ruling by Judge Lagueux; confer with client and M. Jackson regarding strategy, draft Complaint, legal issues, etc. |
| 01/04/05 | M. JACKSON | 1.85 | Begin draft of Complaint for declaratory judgment. |
| 01/05/05 | M. FREEL | 1.00 | Review and revise draft declaratory judgment Complaint; confer with client. |
| 01/05/05 | M. JACKSON | 2.80 | Draft and edit Complaint for declaratory judgment. |
| 01/07/05 | M. FREEL | 0.50 | Ongoing attention to draft Complaint and to related factual and legal issues; update clients; confer with associate. |
| 01/07/05 | M. JACKSON | 1.20 | Draft final version of Complaint for declaratory judgment. |
| 01/10/05 | M. FREEL | 0.75 | Further attention to draft Complaint. |
| 01/21/05 | M. FREEL | 1.00 | Conference call with clients regarding draft Complaint in fee-sharing litigation. |
| 01/21/05 | M. JACKSON | 1.42 | Conference call with S. Brown, S. Shapiro, E. |

| | | | |
|---|---|---|---|
| | | | Alexander and M. Freel; begin third draft of Complaint based on suggestions made during call. |
| 01/24/05 | M. JACKSON | 0.75 | Attention to third draft of Complaint incorporating suggestions from conference call. |
| 01/26/05 | M. FREEL | 1.25 | Further revisions to draft Complaint; circulate new draft; follow-up e-mails with clients. |
| 02/02/05 | M. JACKSON | 0.25 | Review final draft of Complaint; e-mail Complaint to S. Shapiro, et al. |
| 02/14/05 | M. FREEL | 0.75 | Attention to execution of Complaint and other final preparations for filing; confer with D. Curtin; review and comment on draft press release; confer with client. |
| 02/15/05 | M. JACKSON | 0.25 | File Complaint; attention to service of process. |
| 03/03/05 | M. JACKSON | 0.50 | Review e-mail from S. Shapiro and S. Brown; review Eighth Circuit decision to determine relevance to the present case. |
| 03/08/05 | M. FREEL | 1.50 | Receipt and initial review of motion to dismiss; follow up with clients and with M. Jackson; correspondence and stipulation to state's attorney; telephone calls with Court regarding initial status conference and scheduling issues. |
| 03/10/05 | M. FREEL | 1.50 | Begin response to State's motion to dismiss; analysis of same; confer with clients and M. Jackson regarding same. |
| 03/10/05 | M. JACKSON | 1.75 | Read memorandum supporting defendants' motion to dismiss Complaint; conference call with M. Freel and clients to discuss our objection to motion. |
| 03/15/05 | M. JACKSON | 5.50 | Research Rooker-Feldman doctrine and its exceptions; draft objection to defendants' motion to dismiss; begin draft of memorandum in support of defendants' motion to dismiss. |
| 03/16/05 | M. JACKSON | 3.88 | Draft memorandum supporting objection to motion to dismiss. |
| 03/17/05 | M. JACKSON | 6.20 | Research law on ripeness; continue drafting memorandum in support of objection to motion to dismiss. |
| 03/18/05 | M. JACKSON | 5.42 | Continue research and complete draft memorandum supporting objection to motion to dismiss. |
| 03/21/05 | M. FREEL | 2.00 | Review and revise draft memo in opposition to motion to dismiss; review related e-mails and research materials from client and other cooperating counsel; confer with M. Jackson. |
| 03/22/05 | M. FREEL | 0.50 | Further attention to draft opposition to motion to dismiss. |
| 03/23/05 | M. JACKSON | 0.88 | Telephone call to S. Brown to discuss Rooker-Feldman argument for memorandum; review and edit |

| | | | |
|---|---|---|---|
| | | | new draft of memorandum; e-mail client regarding stipulated extension of time to April 4, 2005. |
| 03/25/05 | M. FREEL | 0.75 | Ongoing attention to draft response to motion to dismiss. |
| 03/25/05 | M. JACKSON | 2.58 | Review and edit revised draft of memorandum in objection to motion to dismiss; e-mail draft of memorandum to client. |
| 03/29/05 | M. FREEL | 1.38 | Attend Rule 16 conference with Court; report to clients regarding new procedures and schedules, and impact of same on pending motion to dismiss; confer with M. Jackson regarding stipulation and other related issues. |
| 03/29/05 | M. JACKSON | 1.20 | Attend pretrial conference; conference call to S. Shapiro regarding outcome of pretrial conference. |
| 03/30/05 | M. FREEL | 0.63 | Review new Rooker-Feldman decision by U.S. Supreme Court; confer with client and other lawyers regarding same, briefing, new schedule, etc. |
| 03/30/05 | M. JACKSON | 2.05 | Telephone call from L. Jones regarding proceedings in In re Rule Amendments case; review latest Supreme Court decision regarding Rooker-Feldman doctrine; telephone call from S. Brown regarding pretrial conference; draft joint stipulation of pretrial schedule. |
| 04/04/05 | M. FREEL | 0.25 | Review and revise draft factual stipulation. |
| 04/11/05 | M. JACKSON | 1.10 | Telephone call to S. Brown regarding statement of stipulated facts; draft stipulated facts. |
| 04/12/05 | M. JACKSON | 0.58 | Confer with M. Freel regarding stipulated facts; revise draft of stipulated facts. |
| 04/13/05 | M. FREEL | 0.50 | Attention to factual stipulation and related issues. |
| 04/13/05 | M. JACKSON | 0.60 | Telephone conference with D. Fathi regarding Training School case; revise joint statement of stipulated facts. |
| 04/20/05 | M. FREEL | 0.50 | Attention to proposed factual stipulation. |
| 04/20/05 | M. JACKSON | 1.10 | Revise joint statement of undisputed facts; e-mail draft to client for review and comment. |
| 04/21/05 | M. FREEL | 1.25 | Further attention to factual stipulation; conference call with clients regarding same. |
| 04/21/05 | M. JACKSON | 1.80 | Conference call with clients regarding joint statement of undisputed facts; revise draft to include comments from call; e-mail revised draft to clients. |
| 04/22/05 | M. FREEL | 0.50 | Review comments to factual stipulation from State; confer with J. Folger-Hartwell regarding same and strategy in producing revised draft. |
| 04/25/05 | M. JACKSON | 0.70 | Telephone call to opposing counsel regarding stipulation for extension of deadline; telephone call to S. Brown regarding a written copy of previous fee |

| | | | |
|---|---|---|---|
| | | | arrangement; draft stipulation of extension of deadline. |
| 04/26/05 | M. FREEL | 0.75 | Ongoing attention to factual stipulation and to related issues and documents; confer with client regarding same; attention to revisions. |
| 04/26/05 | M. JACKSON | 1.50 | Telephone call to S. Brown regarding prior fee-sharing arrangement; revise joint statement of stipulated facts to include comments by opposing counsel; draft letter to opposing counsel summarizing revisions; fax revised draft to opposing counsel and to clients. |
| 04/27/05 | M. JACKSON | 0.30 | Revise joint statement of undisputed facts per client's comments; fax revised version to opposing counsel for review and comment. |
| 04/28/05 | M. JACKSON | 0.10 | Telephone call to opposing counsel to discuss joint statement of undisputed facts. |
| 04/29/05 | M. JACKSON | 0.10 | Review comments of opposing counsel regarding second proposed joint statement of undisputed facts. |
| 05/02/05 | M. FREEL | 0.75 | Ongoing attention to factual stipulation and to related strategy decisions; confer with clients and M. Jackson regarding same; correspondence to Court. |
| 05/02/05 | M. JACKSON | 1.50 | Telephone calls to opposing counsel to discuss joint statement of stipulated facts; revise joint statement and e-mail to opposing counsel and client; telephone call from client. |
| 05/06/05 | M. FREEL | 0.50 | Correspondence with Court and State regarding factual stipulation and related procedural issues. |
| 05/13/05 | M. FREEL | 1.25 | Attend conference with Court on variety of jurisdictional and legal issues; confer further with State's counsel regarding same; follow up with associate. |
| 05/13/05 | M. JACKSON | 0.80 | Draft affidavit of Steven Brown; telephone call from M. Freel regarding conference with Judge Lisi and opposing counsel; search for Judge Lisi opinion related to Federal Court's interpretation of the Ethics Rules. |
| 05/16/05 | M. JACKSON | 0.60 | Confer with M. Freel regarding conference with Judge Lisi; e-mail to clients inquiring as to their availability for a conference call; e-mails from client responding regarding scheduling a conference call; review a 1999 opinion by Judge Lisi to determine relevance to case. |
| 05/18/05 | M. FREEL | 1.50 | Research regarding prior decisions of Court on Federal interpretation of Rules of Professional Conduct and use of three-judge panel for same; follow up conference call with clients regarding same and impact of recent conference with Court and pending |

| | | | |
|---|---|---|---|
| | | | procedural issues. |
| 05/18/05 | M. JACKSON | 0.90 | Review Rhode Island Supreme Court's decision in In re Rule Amendments; conference call with M. Freel and clients. |
| 05/19/05 | M. FREEL | 0.25 | Confer with court and State's attorney regarding status and procedural issues. |
| 07/07/05 | M. FREEL | 2.00 | Prepare for conference before Judge Lisi on case status and procedural issues; attend same; report back to S. Brown; related e-mails to schedule follow-up conference call with other client representatives; confer with M. Jackson regarding legal and briefing issues. |
| 07/12/05 | M. FREEL | 1.25 | Conference call with clients regarding pending procedural and jurisdictional issues, possible voluntary stay of declaratory judgment action to pursue motion in Training School case, other strategic considerations and legal issues, etc. |
| 07/12/05 | M. JACKSON | 1.30 | Conference call with M. Freel and clients regarding conference with Judge Lisi. |
| 09/12/05 | M. FREEL | 0.75 | Confer with D. Fahti in preparation for upcoming court conference; review file to prepare for same. |
| 09/15/05 | M. FREEL | 1.25 | Conference with Judge Lagueux regarding possible resolution of legal issues in Training School case; related meetings and conferences with D. Fahti and State lawyers regarding underlying facts, procedural and legal issues, etc. |
| 10/12/05 | C. TURCOTTE | 1.90 | Research and drafting of motion for attorneys' fees and supporting memo. |
| 10/20/05 | M. FREEL | 0.50 | Meeting with associate regarding draft motion to approve disbursement of fees, response to State's anticipated defenses, status of funds, background facts and legal issues, etc. |
| 10/21/05 | C. TURCOTTE | 2.70 | Work on motion to approve disbursal of attorneys' fees. |
| 10/22/05 | C. TURCOTTE | 3.50 | Work on draft of memorandum in support of motion to approve disbursement of attorneys' fees. |
| 10/23/05 | C. TURCOTTE | 2.00 | Work on draft of memo in support of motion to approve disbursement of attorneys' fees. |
| 10/24/05 | M. FREEL | 1.25 | Confer with C. Turcotte regarding strategy in development of motion for approval of disbursement of fees, related legal and factual issues; e-mails to and from D. Fahti regarding status of fees; begin to review and revise draft motion and memo. |
| 10/24/05 | C. TURCOTTE | 2.20 | Revisions on draft of memo in support of motion to approve disbursement of attorneys' fees. |

| | | | |
|---|---|---|---|
| 10/25/05 | M. FREEL | 0.75 | Further attention to development and resolution of factual issues for upcoming motion; ongoing attention to draft motion and memo. |
| 10/25/05 | C. TURCOTTE | 1.20 | Prepare draft stipulation of facts. |
| 12/02/05 | M. FREEL | 1.00 | Review and revise draft motion for disbursement of attorneys' fees. |
| 12/02/05 | C. TURCOTTE | 1.00 | Revisions on motion for disbursement of attorneys' fees. |
| 12/06/05 | M. FREEL | 0.50 | Continue to review and revise draft motion for disbursement of attorneys' fees. |
| 12/07/05 | C. TURCOTTE | 1.00 | Revisions on motion for disbursement of attorney's fees and draft stipulation of facts. |
| 12/08/05 | C. TURCOTTE | 0.50 | Revisions on motion for disbursement of attorneys' fees. |
| 12/13/05 | M. FREEL | 1.00 | Ongoing review of and revisions to draft motion for approval of disbursement of fees. |
| 12/15/05 | M. FREEL | 1.00 | Confer further with associate regarding draft motion, memo and affidavit; continue to review and revise same. |
| 12/15/05 | C. TURCOTTE | 2.00 | Conduct research on applicability of Rooker-Feldman doctrine to the Training School case. |
| 12/27/05 | C. TURCOTTE | 2.50 | Revise motion for disbursement of attorneys' fees in response to suggestions made via e-mail by ACLU representatives. |
| 12/28/05 | M. FREEL | 1.75 | Review comments on draft brief from clients; related conference call; confer with C. Turcotte regarding same; attention to revised documents. |
| 12/28/05 | C. TURCOTTE | 2.50 | Conference call with M. Freel and ACLU/ACLU-RI attorneys; conduct research to supplement motion for disbursement of attorneys' fees; revise motion. |
| 01/02/06 | C. TURCOTTE | 0.40 | Continue revision of stipulation of facts for motion for disbursement of attorneys' fees. |
| 01/03/06 | C. TURCOTTE | 3.00 | Continue revisions on stipulation and on motion for disbursement of attorneys' fees. |
| 01/05/06 | C. TURCOTTE | 0.20 | Finalization and preparation of stipulation to be sent to Attorney General's office and parties. |
| 01/19/06 | M. FREEL | 1.00 | Review and revise new draft of motion for disbursement of attorneys' fees. |
| 01/20/06 | M. FREEL | 0.50 | Meeting with associate to discuss draft memo, draft affidavit, motion to intervene, input from other counsel, etc. |
| 01/22/06 | C. TURCOTTE | 2.30 | Revise memo in support of motion for disbursement of attorneys' fees; draft motion to intervene and motion for disbursement. |
| 01/23/06 | C. TURCOTTE | 1.00 | Revise and check memorandum of law in support for |

| | | | |
|---|---|---|---|
| | | | motion for disbursement of attorneys' fees; conduct additional research. |
| 01/24/06 | C. TURCOTTE | 0.50 | Revise and check draft of memo in support of motion for attorneys' fees; send draft to ACLU team. |
| 01/26/06 | C. TURCOTTE | 0.30 | Review suggested draft revisions and correspondence with ACLU representatives. |
| 01/30/06 | M. FREEL | 1.00 | Further attention to draft memorandum and related client comments. |
| 01/31/06 | C. TURCOTTE | 3.50 | Revise draft of memorandum in support of motion for disbursement of attorneys' fees and incorporate suggestions and revisions of ACLU team; additional research on Supremacy Clause issues. |
| 02/01/06 | M. FREEL | 1.00 | Status report to Court; ongoing attention to draft pleadings and related correspondence. |
| 02/01/06 | C. TURCOTTE | 1.30 | Conference with M. Freel regarding changes to draft and stipulation; revise stipulation and draft. |
| 02/09/06 | M. FREEL | 1.00 | Further attention to draft memo; update and confer with clients regarding same and overall status. |
| 02/09/06 | C. TURCOTTE | 0.20 | Review suggested revisions to memorandum in support of motion to approve disbursement. |
| 02/10/06 | C. TURCOTTE | 1.00 | Make revisions based on ACLU team suggestions; prepare motions for filing. |
| 02/13/06 | M. FREEL | 1.00 | Further attention to draft pleadings, motions and memos; correspondence with State regarding factual stipulation and possible dismissal without prejudice of declaratory judgment action. |
| 02/17/06 | M. FREEL | 0.75 | Further attention to draft pleadings and stipulation; update client. |
| 02/22/06 | M. FREEL | 1.00 | Finalize fee-sharing motion and memo for filing. |
| 04/06/06 | C. TURCOTTE | 0.70 | Review State's reply brief; communicate with D. Fathi. |
| 04/10/06 | C. TURCOTTE | 5.20 | Conduct research for reply brief; correspond with counsel from the ACLU. |
| 04/11/06 | C. TURCOTTE | 6.00 | Conduct research and begin drafting response to defendants' objection to motion for disbursement of attorneys' fees. |
| 04/12/06 | C. TURCOTTE | 3.50 | Conduct research and draft reply memorandum. |
| 04/13/06 | C. TURCOTTE | 0.60 | Correspond with D. Fathi and J. Dineen; draft motion for extension of time; telephone conference with R. Partington. |
| 04/15/06 | C. TURCOTTE | 3.00 | Complete draft of response to defendants' objection to motion for disbursement of attorneys' fees. |
| 04/18/06 | M. FREEL | 1.25 | Revisions to reply memo; related client e-mails; follow up with C. Turcotte and clients. |
| 04/19/06 | M. FREEL | 0.50 | Numerous client e-mails regarding revisions to reply brief. |

| | | | |
|---|---|---|---|
| 04/20/06 | M. FREEL | 1.63 | Final revisions to reply brief; confer with other counsel. |
| 04/21/06 | M. FREEL | 0.50 | Correspondence to and from other counsel, including counsel for State, concerning aspects of pending motion. |
| 04/24/06 | C. TURCOTTE | 1.50 | Review filings; prepare for hearing. |
| 04/25/06 | M. FREEL | 1.25 | Review new pleadings and court notices received; begin to prepare for oral argument; confer with other attorneys. |
| 04/25/06 | C. TURCOTTE | 0.30 | Prepare for hearing on motion for disbursement of attorneys fees. |
| 04/26/06 | M. FREEL | 4.50 | Continue to prepare for oral argument on fee motion; reviews briefs and case law; related meeting with co-counsel, including D. Fahti and J. Dineen; confer with C. Turcotte regarding case law and research issues; conduct oral argument; follow-up conference among counsel. |
| 04/26/06 | C. TURCOTTE | 4.00 | Prepare for hearing on disbursement of attorneys' fees; meet with ACLU attorneys; attend hearing on disbursement of attorneys' fees. |
| 08/31/06 | C. TURCOTTE | 1.30 | Review legislation and statutory framework; draft letter to Judge Lagueux. |
| 09/12/06 | M. FREEL | 1.00 | Review and revise letter to Court regarding recent relevant legislation and impact on pending motion; confer with clients regarding same; related e-mails. |
| 09/15/06 | M. FREEL | 0.50 | Finalize and forward letter to Court regarding legislative changes and impact on pending motion; follow up with clients. |
| 09/27/06 | M. FREEL | 0.50 | Review and circulate State's response to letter concerning recent legislative changes; follow-up e-mails with clients. |
| 10/02/06 | M. FREEL | 0.25 | Confer further with clients regarding new legislation, submittal to Court by State, class certification, etc. |
| 10/12/06 | M. FREEL | 0.25 | Review and comment on draft correspondence to State. |
| 10/13/06 | M. FREEL | 0.25 | Further attention to draft correspondence and pending class certification issues. |
| 11/03/06 | M. FREEL | 0.75 | Review relevant portions of prior decision by Judge Pettine referencing class certification; review other recent correspondence concerning same; draft letter to Court regarding same. |
| 11/08/06 | M. FREEL | 0.25 | Update client; correspondence to Court regarding class certification issue. |
| 11/13/06 | M. FREEL | 0.38 | Review class certification order; correspondence to Court forwarding same; follow-up e-mails with client. |

Invoice # 1386018
Non-Billable Firm Directed
January 16, 2007

| | | | |
|---|---|---|---|
| 12/06/06 | M. FREEL | 1.00 | Review decision from Judge Lagueux; confer with clients and associate regarding same, further motions, draft order, appeal questions, etc. |
| 12/08/06 | M. FREEL | 0.25 | Confer further with client and associate regarding steps to be taken after decision. |
| 12/08/06 | C. TURCOTTE | 0.40 | Conduct research on attorneys' fees issue relating to Training School case. |
| 12/11/06 | M. FREEL | 0.50 | Attention to post-decision filings and requirements, time for new fee petition, etc.; confer with clients and associates. |
| 12/12/06 | M. FREEL | 0.25 | Ongoing attention to post-decision filings and requirements, pending issues with State, etc.; update clients. |
| 12/12/06 | C. TURCOTTE | 1.30 | Review District Court Decision and draft required order. |
| 12/13/06 | M. FREEL | 1.00 | Review and revise order to be submitted to Court; forward to client for approval; attention to preparation of fee petition; confer with associate and clients regarding same. |
| 12/14/06 | M. FREEL | 0.25 | Confer with client regarding revisions to order and regarding fee petition; submit order. |
| 12/19/06 | C. TURCOTTE | 0.50 | Conduct research for drafting of motion and memorandum seeking attorneys' fees under Section 1988. |
| 12/20/06 | C. TURCOTTE | 3.00 | Draft motion and memorandum seeking attorneys' fees for disbursement/payment issues recently resolved through the Decision of Judge Lagueux. |
| 12/21/06 | C. TURCOTTE | 0.50 | Revise and edit draft memorandum in support of motion for attorneys' fees. |

| | | |
|---|---|---|
| Total Hours | 181.73 | |
| Subtotal Fees | | $40,769.00 |
| Total This Statement: | | $40,769.00 |

Invoice # 1386018
Non-Billable Firm Directed
January 16, 2007

Timekeeper Summary 99998/0529

| TIMEKEEPER | HOURS WORKED | BILLED PER HOUR | AMOUNT |
|---|---|---|---|
| M. FREEL | 60.77 | $300.00 | $18,231.00 |
| M. JACKSON | 52.46 | $175.00 | $9,180.50 |
| C. TURCOTTE | 68.50 | $195.00 | $13,357.50 |
| Total all Timekeepers | 181.73 | | $40,769.00 |