# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INMATES OF THE RHODE ISLAND TRAINING SCHOOL, | : | |
| Plaintiffs | : | |
| v. | : | C.A. No. 71-4529-L |
| PATRICIA MARTINEZ, et al., | : | |
| Defendants | : | |

**AFFIDAVIT OF MATTHEW T. OLIVERIO, ESQ.**

I, Matthew T. Oliverio, Esq., being under oath, hereby depose and state as follows:

1. I have been a member of the bar of the State of Rhode Island since 1985 and have been continuously engaged in the practice of law in Rhode Island since that time.

2. I am currently a partner in the law firm of Oliverio & Marcaccio LLP, specializing in civil litigation in the courts of this jurisdiction. I have substantial experience in litigation in this Court.

3. I am familiar with the hourly billing rates and practices prevailing among various Rhode Island law firms in this Court.

4. It is my understanding that Attorney Mark W. Freel of Edwards Angell Palmer & Dodge LLP, whom I have known for over fifteen years, has requested an hourly rate of $300 per hour in connection with this case for his time, and $175 and $195 per hour for his associates' time. I understand that these billings relate to time spent litigating this matter from January 2005 to the present.

5. Based upon my familiarity with the rates charged for civil litigation of this type in this Court during this time period, I am of the opinion that the rates sought by Attorney Freel and by Edwards Angell Palmer & Dodge are fair and reasonable, and are not in excess of rates that were prevailing in this community and this Court for time spent litigating such matters during the same time. I further believe that the rates sought by Attorney Freel and others employed in connection with this case by the law firm of Edwards Angell Palmer & Dodge are consistent with prevailing market billing rates for legal services in such cases in this Court.

6. I believe that the total fees sought are fair and reasonable given the nature of this case and the result achieved.

Matthew T. Oliverio, Esq.

STATE OF
COUNTY OF

Subscribed and sworn to before me this 19th day of January, 2007.

Nadine P. Hendrickson
Notary Public
My Commission expires: 9/27/08