UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INMATES OF THE RHODE ISLAND TRAINING SCHOOL, Plaintiffs | : | |
| v. | : | C.A. No. 71-4529 L |
| PATRICIA MARTINEZ, et al., Defendants | : | |

**MOTION TO EXTEND TIME**

Now come the Defendants and request that the Court grant them an extension of time, nunc pro tunc, to respond to the Motion for Attorneys' Fees filed on January 23, 2007. As grounds therefore, counsel would show that there was a misunderstanding as to who would file any response to the Motion. Defendants request up to and until March 2 to respond to the Motion.

Respectfully submitted,

DEFENDANTS
By Their Attorney

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Rebecca Tedford Partington*

Granted:
Ronald R. Lagueux
Sr. USDJ 2/20/07

Rebecca Tedford Partington #3890
Deputy Chief--Civil Division
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400 x 2303
Fax (401) 222-2995