# Exhibit B

EDWARDS ANGELL PALMER & DODGE LLP

2800 Financial Plaza Providence, RI 02903 401.274.9200 *fax* 401.276.6611
www.eapdlaw.com

# Invoice

*Wire Instructions:*
Bank of America
Westminster St., Providence, RI 02903
ABA# 026009593 Acct# 00-015-6917009

*Remittance Address*
P.O. Box 40956
Hartford, CT 06150-0956

Fed. Id #05-0135015
**10396** F9ATTY

**Non-Billable Firm Directed**

**January 16, 2007**

**Non-Billable Firm Directed/American Civil Liberties Union, Rhode Island Affiliate**
**99998/0529**
**Invoice # 1386018**

***Summary Page - Please refer to detail attached for further information.***

| | |
|---|---|
| **Legal Services:** | **$33,277.00** |
| **Disbursements:** | **$0.00** |
| **Total Invoice:** | **$33,277.00** |

***Bills for legal services, disbursements and charges are due within 30 days. Bills not paid within 30 days will be assessed a late payment charge equal to 1% per month until paid in full.***

EDWARDS ANGELL PALMER&DODGE LLP

2800 Financial Plaza Providence, RI 02903 401.274.9200 *fax* 401.276.6611
www.eapdlaw.com

# Invoice

*Wire Instructions:*
Bank of America
Westminster St., Providence, RI 02903
ABA# 026009593 Acct# 00-015-6917009

*Remittance Address*
P.O. Box 40956
Hartford, CT 06150-0956

Fed. Id #05-0135015
**10396** F9ATTY

**Non-Billable Firm Directed**

**January 16, 2007**

**Non-Billable Firm Directed/American Civil Liberties Union, Rhode Island Affiliate**
**99998/0529**
**Invoice # 1386018**

***Summary Page - Please refer to detail attached for further information.***

| | |
|---|---|
| **Legal Services:** | **$33,277.00** |
| **Disbursements:** | **$0.00** |
| **Total Invoice:** | **$33,277.00** |

***Remittance Copy***

EDWARDS ANGELL PALMER & DODGE LLP

2800 Financial Plaza Providence, RI 02903 401.274.9200 *fax* 401.276.6611
www.eapdlaw.com

# Invoice

*Wire Instructions:*
Bank of America
Westminster St., Providence, RI 02903
ABA# 026009593 Acct# 00-015-6917009

*Remittance Address*
P.O. Box 40956
Hartford, CT 06150-0956

Fed. Id #05-0135015
**10396** F9ATTY

Non-Billable Firm Directed

January 16, 2007

For Professional Services Rendered

99998/0529
Invoice # 1386018

American Civil Liberties Union, Rhode Island Affiliate

| | | | |
|---|---|---|---|
| 01/03/05 | M. FREEL | 1.00 | Review materials from client concerning payment of section 1988 fees to public interest non-profit groups. |
| 01/04/05 | M. FREEL | 1.00 | Continue to review background research materials from client on fee-sharing issues, including prior memos and prior ruling by Judge Lagueux; confer with client and M. Jackson regarding strategy, draft Complaint, legal issues, etc. |
| 03/08/05 | M. FREEL | 1.50 | Receipt and initial review of motion to dismiss; follow up with clients and with M. Jackson; correspondence and stipulation to state's attorney; telephone calls with Court regarding initial status conference and scheduling issues. |
| 03/10/05 | M. FREEL | 1.50 | Begin response to State's motion to dismiss; analysis of same; confer with clients and M. Jackson regarding same. |
| 03/10/05 | M. JACKSON | 1.75 | Read memorandum supporting defendants' motion to dismiss Complaint; conference call with M. Freel and clients to discuss our objection to motion. |
| 03/16/05 | M. JACKSON | 3.88 | Draft memorandum supporting objection to motion to dismiss. |
| 03/17/05 | M. JACKSON | 6.20 | Research law on ripeness; continue drafting memorandum in support of objection to motion to |

| | | | |
|---|---|---|---|
| | | | dismiss. |
| 03/18/05 | M. JACKSON | 5.42 | Continue research and complete draft memorandum supporting objection to motion to dismiss. |
| 03/21/05 | M. FREEL | 2.00 | Review and revise draft memo in opposition to motion to dismiss; review related e-mails and research materials from client and other cooperating counsel; confer with M. Jackson. |
| 03/22/05 | M. FREEL | 0.50 | Further attention to draft opposition to motion to dismiss. |
| 03/25/05 | M. FREEL | 0.75 | Ongoing attention to draft response to motion to dismiss. |
| 03/25/05 | M. JACKSON | 2.58 | Review and edit revised draft of memorandum in objection to motion to dismiss; e-mail draft of memorandum to client. |
| 03/30/05 | M. JACKSON | 2.05 | Telephone call from L. Jones regarding proceedings in In re Rule Amendments case; review latest Supreme Court decision regarding Rooker-Feldman doctrine; telephone call from S. Brown regarding pretrial conference; draft joint stipulation of pretrial schedule. |
| 04/13/05 | M. JACKSON | 0.60 | Telephone conference with D. Fathi regarding Training School case; revise joint statement of stipulated facts. |
| 05/18/05 | M. FREEL | 1.50 | Research regarding prior decisions of Court on Federal interpretation of Rules of Professional Conduct and use of three-judge panel for same; follow up conference call with clients regarding same and impact of recent conference with Court and pending procedural issues. |
| 05/18/05 | M. JACKSON | 0.90 | Review Rhode Island Supreme Court's decision in In re Rule Amendments; conference call with M. Freel and clients. |
| 09/12/05 | M. FREEL | 0.75 | Confer with D. Fahti in preparation for upcoming court conference; review file to prepare for same. |
| 09/15/05 | M. FREEL | 1.25 | Conference with Judge Lagueux regarding possible resolution of legal issues in Training School case; related meetings and conferences with D. Fahti and State lawyers regarding underlying facts, procedural and legal issues, etc. |
| 10/12/05 | C. TURCOTTE | 1.90 | Research and drafting of motion for attorneys' fees and supporting memo. |
| 10/20/05 | M. FREEL | 0.50 | Meeting with associate regarding draft motion to approve disbursement of fees, response to State's anticipated defenses, status of funds, background facts and legal issues, etc. |
| 10/21/05 | C. TURCOTTE | 2.70 | Work on motion to approve disbursal of attorneys' |

| | | | |
|---|---|---|---|
| | | | fees. |
| 10/22/05 | C. TURCOTTE | 3.50 | Work on draft of memorandum in support of motion to approve disbursement of attorneys' fees. |
| 10/23/05 | C. TURCOTTE | 2.00 | Work on draft of memo in support of motion to approve disbursement of attorneys' fees. |
| 10/24/05 | M. FREEL | 1.25 | Confer with C. Turcotte regarding strategy in development of motion for approval of disbursement of fees, related legal and factual issues; e-mails to and from D. Fahti regarding status of fees; begin to review and revise draft motion and memo. |
| 10/24/05 | C. TURCOTTE | 2.20 | Revisions on draft of memo in support of motion to approve disbursement of attorneys' fees. |
| 10/25/05 | M. FREEL | 0.75 | Further attention to development and resolution of factual issues for upcoming motion; ongoing attention to draft motion and memo. |
| 10/25/05 | C. TURCOTTE | 1.20 | Prepare draft stipulation of facts. |
| 12/02/05 | M. FREEL | 1.00 | Review and revise draft motion for disbursement of attorneys' fees. |
| 12/02/05 | C. TURCOTTE | 1.00 | Revisions on motion for disbursement of attorneys' fees. |
| 12/06/05 | M. FREEL | 0.50 | Continue to review and revise draft motion for disbursement of attorneys' fees. |
| 12/07/05 | C. TURCOTTE | 1.00 | Revisions on motion for disbursement of attorney's fees and draft stipulation of facts. |
| 12/08/05 | C. TURCOTTE | 0.50 | Revisions on motion for disbursement of attorneys' fees. |
| 12/13/05 | M. FREEL | 1.00 | Ongoing review of and revisions to draft motion for approval of disbursement of fees. |
| 12/15/05 | M. FREEL | 1.00 | Confer further with associate regarding draft motion, memo and affidavit; continue to review and revise same. |
| 12/15/05 | C. TURCOTTE | 2.00 | Conduct research on applicability of Rooker-Feldman doctrine to the Training School case. |
| 12/27/05 | C. TURCOTTE | 2.50 | Revise motion for disbursement of attorneys' fees in response to suggestions made via e-mail by ACLU representatives. |
| 12/28/05 | M. FREEL | 1.75 | Review comments on draft brief from clients; related conference call; confer with C. Turcotte regarding same; attention to revised documents. |
| 12/28/05 | C. TURCOTTE | 2.50 | Conference call with M. Freel and ACLU/ACLU-RI attorneys; conduct research to supplement motion for disbursement of attorneys' fees; revise motion. |
| 01/02/06 | C. TURCOTTE | 0.40 | Continue revision of stipulation of facts for motion for disbursement of attorneys' fees. |
| 01/03/06 | C. TURCOTTE | 3.00 | Continue revisions on stipulation and on motion for |

| | | | |
|---|---|---|---|
| | | | disbursement of attorneys' fees. |
| 01/05/06 | C. TURCOTTE | 0.20 | Finalization and preparation of stipulation to be sent to Attorney General's office and parties. |
| 01/19/06 | M. FREEL | 1.00 | Review and revise new draft of motion for disbursement of attorneys' fees. |
| 01/20/06 | M. FREEL | 0.50 | Meeting with associate to discuss draft memo, draft affidavit, motion to intervene, input from other counsel, etc. |
| 01/22/06 | C. TURCOTTE | 2.30 | Revise memo in support of motion for disbursement of attorneys' fees; draft motion to intervene and motion for disbursement. |
| 01/23/06 | C. TURCOTTE | 1.00 | Revise and check memorandum of law in support for motion for disbursement of attorneys' fees; conduct additional research. |
| 01/24/06 | C. TURCOTTE | 0.50 | Revise and check draft of memo in support of motion for attorneys' fees; send draft to ACLU team. |
| 01/26/06 | C. TURCOTTE | 0.30 | Review suggested draft revisions and correspondence with ACLU representatives. |
| 01/30/06 | M. FREEL | 1.00 | Further attention to draft memorandum and related client comments. |
| 01/31/06 | C. TURCOTTE | 3.50 | Revise draft of memorandum in support of motion for disbursement of attorneys' fees and incorporate suggestions and revisions of ACLU team; additional research on Supremacy Clause issues. |
| 02/01/06 | M. FREEL | 1.00 | Status report to Court; ongoing attention to draft pleadings and related correspondence. |
| 02/01/06 | C. TURCOTTE | 1.30 | Conference with M. Freel regarding changes to draft and stipulation; revise stipulation and draft. |
| 02/09/06 | M. FREEL | 1.00 | Further attention to draft memo; update and confer with clients regarding same and overall status. |
| 02/09/06 | C. TURCOTTE | 0.20 | Review suggested revisions to memorandum in support of motion to approve disbursement. |
| 02/10/06 | C. TURCOTTE | 1.00 | Make revisions based on ACLU team suggestions; prepare motions for filing. |
| 02/13/06 | M. FREEL | 1.00 | Further attention to draft pleadings, motions and memos; correspondence with State regarding factual stipulation and possible dismissal without prejudice of declaratory judgment action. |
| 02/17/06 | M. FREEL | 0.75 | Further attention to draft pleadings and stipulation; update client. |
| 02/22/06 | M. FREEL | 1.00 | Finalize fee-sharing motion and memo for filing. |
| 04/06/06 | C. TURCOTTE | 0.70 | Review State's reply brief; communicate with D. Fathi. |
| 04/10/06 | C. TURCOTTE | 5.20 | Conduct research for reply brief; correspond with counsel from the ACLU. |
| 04/11/06 | C. TURCOTTE | 6.00 | Conduct research and begin drafting response to |

| | | | |
|---|---|---|---|
| | | | defendants' objection to motion for disbursement of attorneys' fees. |
| 04/12/06 | C. TURCOTTE | 3.50 | Conduct research and draft reply memorandum. |
| 04/13/06 | C. TURCOTTE | 0.60 | Correspond with D. Fathi and J. Dineen; draft motion for extension of time; telephone conference with R. Partington. |
| 04/15/06 | C. TURCOTTE | 3.00 | Complete draft of response to defendants' objection to motion for disbursement of attorneys' fees. |
| 04/18/06 | M. FREEL | 1.25 | Revisions to reply memo; related client e-mails; follow up with C. Turcotte and clients. |
| 04/19/06 | M. FREEL | 0.50 | Numerous client e-mails regarding revisions to reply brief. |
| 04/20/06 | M. FREEL | 1.63 | Final revisions to reply brief; confer with other counsel. |
| 04/21/06 | M. FREEL | 0.50 | Correspondence to and from other counsel, including counsel for State, concerning aspects of pending motion. |
| 04/24/06 | C. TURCOTTE | 1.50 | Review filings; prepare for hearing. |
| 04/25/06 | M. FREEL | 1.25 | Review new pleadings and court notices received; begin to prepare for oral argument; confer with other attorneys. |
| 04/25/06 | C. TURCOTTE | 0.30 | Prepare for hearing on motion for disbursement of attorneys fees. |
| 04/26/06 | M. FREEL | 4.50 | Continue to prepare for oral argument on fee motion; reviews briefs and case law; related meeting with co-counsel, including D. Fahti and J. Dineen; confer with C. Turcotte regarding case law and research issues; conduct oral argument; follow-up conference among counsel. |
| 04/26/06 | C. TURCOTTE | 4.00 | Prepare for hearing on disbursement of attorneys' fees; meet with ACLU attorneys; attend hearing on disbursement of attorneys' fees. |
| 08/31/06 | C. TURCOTTE | 1.30 | Review legislation and statutory framework; draft letter to Judge Lagueux. |
| 09/12/06 | M. FREEL | 1.00 | Review and revise letter to Court regarding recent relevant legislation and impact on pending motion; confer with clients regarding same; related e-mails. |
| 09/15/06 | M. FREEL | 0.50 | Finalize and forward letter to Court regarding legislative changes and impact on pending motion; follow up with clients. |
| 09/27/06 | M. FREEL | 0.50 | Review and circulate State's response to letter concerning recent legislative changes; follow-up e-mails with clients. |
| 10/02/06 | M. FREEL | 0.25 | Confer further with clients regarding new legislation, submittal to Court by State, class certification, etc. |

Invoice # 1386018
Non-Billable Firm Directed
January 16, 2007

| | | | |
|---|---|---|---|
| 10/12/06 | M. FREEL | 0.25 | Review and comment on draft correspondence to State. |
| 10/13/06 | M. FREEL | 0.25 | Further attention to draft correspondence and pending class certification issues. |
| 11/03/06 | M. FREEL | 0.75 | Review relevant portions of prior decision by Judge Pettine referencing class certification; review other recent correspondence concerning same; draft letter to Court regarding same. |
| 11/08/06 | M. FREEL | 0.25 | Update client; correspondence to Court regarding class certification issue. |
| 11/13/06 | M. FREEL | 0.38 | Review class certification order; correspondence to Court forwarding same; follow-up e-mails with client. |
| 12/06/06 | M. FREEL | 1.00 | Review decision from Judge Lagueux; confer with clients and associate regarding same, further motions, draft order, appeal questions, etc. |
| 12/08/06 | M. FREEL | 0.25 | Confer further with client and associate regarding steps to be taken after decision. |
| 12/08/06 | C. TURCOTTE | 0.40 | Conduct research on attorneys' fees issue relating to Training School case. |
| 12/11/06 | M. FREEL | 0.50 | Attention to post-decision filings and requirements, time for new fee petition, etc.; confer with clients and associates. |
| 12/12/06 | M. FREEL | 0.25 | Ongoing attention to post-decision filings and requirements, pending issues with State, etc.; update clients. |
| 12/12/06 | C. TURCOTTE | 1.30 | Review District Court Decision and draft required order. |
| 12/13/06 | M. FREEL | 1.00 | Review and revise order to be submitted to Court; forward to client for approval; attention to preparation of fee petition; confer with associate and clients regarding same. |
| 12/14/06 | M. FREEL | 0.25 | Confer with client regarding revisions to order and regarding fee petition; submit order. |
| 12/19/06 | C. TURCOTTE | 0.50 | Conduct research for drafting of motion and memorandum seeking attorneys' fees under Section 1988. |
| 12/20/06 | C. TURCOTTE | 3.00 | Draft motion and memorandum seeking attorneys' fees for disbursement/payment issues recently resolved through the Decision of Judge Lagueux. |
| 12/21/06 | C. TURCOTTE | 0.50 | Revise and edit draft memorandum in support of motion for attorneys' fees. |

Total Hours 144.64

Subtotal Fees $33,277.00

Invoice # 1386018
Non-Billable Firm Directed
January 16, 2007

Total This Statement: $33,277.00

Timekeeper Summary 99998/0529

| TIMEKEEPER | HOURS WORKED | BILLED PER HOUR | AMOUNT |
|---|---|---|---|
| M. FREEL | 52.76 | $300.00 | $15,828.00 |
| M. JACKSON | 23.38 | $175.00 | $4,091.50 |
| C. TURCOTTE | 68.50 | $195.00 | $13,357.50 |
| Total all Timekeepers | 144.64 | | $33,277.00 |