UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INMATES OF THE RHODE ISLAND TRAINING SCHOOL, Plaintiffs | : | |
| v. | : | C.A. No. 71-4529 L |
| PATRICIA MARTINEZ, et al., Defendants | : | |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF OBJECTION TO MOTION FOR ATTORNEYS' FEES**

Plaintiffs have been tasked with justifying the instant request for fees, insofar as those fees were incurred in an action that was dismissed. Plaintiffs' Supplemental Memorandum is a rehash of the original, and is notable only in that it fails to even *mention* the Dismissal Stipulation filed in the earlier case, American Civil Liberties Union Foundation; and American Civil Liberties Union Foundation of Rhode Island v. Patrick Lynch and David Curtin, C.A. No. 05-060 ML. That dismissal stipulation unequivocally states "The undersigned parties hereby stipulate and agree that the above-captioned action shall be dismissed, without prejudice, all parties to bear their own costs and fees." (Stipulation, Exhibit A). That stipulation meant that the ACLU would not seek fees for work done in conjunction with that case—period. If the stipulation is meaningless, then the State requests that the matter be reopened, and the State's Motion to Dismiss be heard. The likely outcome is that the matter will be dismissed and the ACLU will not be entitled to fees, as they would not be "the prevailing party".

If the ACLU wanted fees from the Lisi action, they should not have signed the stipulation, or, if they wanted to claim that they had "prevailed" after dismissing the case, they should have filed a motion within 14 days. Those fees are simply not recoverable here.

Respectfully submitted,

Patrick C. Lynch, Attorney General
David Curtin, Chief Disciplinary Counsel
By Their Attorney

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Rebecca Tedford Partington*
______________________________

Rebecca Tedford Partington #3890
Deputy Chief--Civil Division
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400 x 2303
Fax (401) 222-2995

Department of Children Youth And Families
By Their Counsel

*/s/ Kevin J. Aucoin*
________________________________________

Kevin J. Aucoin, Executive Chief Legal Counsel
Department of Children, Youth and Families
101 Friendship Street
Providence, RI 02903
Tel: (401) 528-3570
Fax: (401) 528-3566

**CERTIFICATION**

I, the undersigned, hereby certify that I have filed the within document through the ECF system and that it is available for viewing and downloading. I have also caused a copy to be sent via the ECF system to the person or persons indicated below on this 18th day of May, 2007:

*/s/ Rebecca Tedford Partington*
______________________________

**John William Dineen**
jwdineen1@yahoo.com

**Mark W. Freel**
Mfreel@eapdlaw.com

**David C. Fathi**
dfathi@npp-aclu.org

## CERTIFICATION

I hereby certify that I mailed a true copy of the foregoing by first class mail, postage prepaid on this 18th day of May, 2007 to the person or persons listed below.

**Thomas M. Bohan**
Department of Children Youth & Families
101 Friendship St.
Providence, RI 02903

**Joseph Keating**
194 Waterman Street
Providence, RI 02906

**Michael K Lewis**
1666 Connecticut Avenue
Suite 500
Washington, DC 20009

**Matthew Lopes**
Holland & Knight LLP
One Financial Plaza
Suite 1800
Providence, RI 02903-0819

**Jennifer Louise Wood**
RI Department of Education
255 Westminster Street
Providence, RI 02903

*/s/ Rebecca Tedford Partington*