UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| INMATES OF THE RHODE ISLAND TRAINING SCHOOL,<br><br>Plaintiffs<br><br>v.<br><br>PATRICIA MARTINEX, in her capacity as DIRECTOR OF THE DEPARTMENT FOR CHILDREN, YOUTH AND FAMILIES; PATRICK C. LYNCH, in his capacity As ATTORNEY GENERAL FOR THE STATE OF RHODE ISLAND; DAVID CURTIN, in His capacity as CHIEF DISCIPLINARY COUNSEL FOR THE STATE OF RHODE ISLAND,<br><br>Defendants | : | C.A. No. 71-4529-L |

**ORDER**

After a hearing on Plaintiffs' Motion for Attorneys' Fees and this Court's Memorandum and Order dated July 11, 2007, which is incorporated herein by reference, it is hereby

ORDERED

that:

1. The motion brought by counsel on behalf of Plaintiffs/Intervenors American Civil Liberties Union Foundation and American Civil Liberties Union Foundation Rhode Island, requesting payment of attorneys' fees pursuant to 42 U.S.C. § 1988, is hereby GRANTED.

2. Defendants are hereby ordered to disburse legal fees in the total amount of Thirty-Four Thousand Five Hundred Eighty-Two Dollars and 50/100 ($34,582.50). The funds shall be disbursed by means of a check in the above amount made payable to Edwards Angell Palmer & Dodge, LLP.

ENTER: ORDER:

Ronald R. Lagueux Sr. USDJ 9/11/07

Presented by:

Mark W. Freel (#4003)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Dated: 8/21/07

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2007, a true and accurate copy of the within proposed Order was mailed, postage prepaid, to:

Rebecca Tedford-Partington
Office of the Attorney General
150 South Main Street
Providence, RI 02903

David C. Fathi, Esq.
Senior Staff Counsel
ACLU Foundation, Inc.
915 15th St., NW., 7th FL.
Washington, DC 20005

Kevin J. Aucoin
Chief Legal Counsel
Department of Children, Youth and Families
101 Friendship Street
Providence, RI 02903

John W. Dineen, Esq.
305 South Main Street
Providence, RI 02903