**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

INMATES OF THE RHODE ISLAND TRAINING SCHOOL,

Plaintiffs

v. C.A. No. 71-4529 L

PATRICIA MARTINEZ, et al.

Defendants.

**MOTION TO WITHDRAW AS COUNSEL**

Plaintiffs' counsel, David Fathi, hereby respectfully requests leave of Court to withdraw his appearance in this action, and in support thereof, offers the attached memorandum and Appendix A, Motion for Entry of Appearance Pro Hac Vice for substitute counsel, Amy Fettig.

Respectfully submitted,

_/s/David Fathi________________
David Fathi
ACLU National Prison Project
915 15th Street, NW
7th Floor
Washington, DC 20005
(202) 548-6609
(202) 393-4931 (fax)
Dated: __9/20/07____________

_/s/John W. Dineen_________
John W. Dineen, RI Bar ID 2346
305 South Main Street
Providence, RI 02903
(401) 223-2397
(401) 223-2399 (fax)
Dated: _10/1/07_____________

Attorneys for Plaintiffs

---

**ORDER**

This motion is hereby ________________________________________

________________________
District Judge

________________________
Date

# APPENDIX A

## MOTION FOR ENTRY OF APPEARANCE - PRO HAC VICE

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| INMATES OF THE RHODE ISLAND TRAINING SCHOOL, | : | |
| Plaintiffs | : | |
| v. | : | C.A. No. 71-4529 L |
| PATRICIA MARTINEZ, et al. | : | |
| Defendants. | : | |

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Plaintiffs, Inmates of the Rhode Island Training School, hereby move that Amy Fettig be admitted PRO HAC VICE in the above case as associate counsel with local associate counsel identified below, on the following grounds:

(1) The case involves a complex area of law, in which Plaintiffs' counsel specializes: prisoners' rights litigation.

(2) This is a request for substitution of counsel.

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the States of New York and the District of Columbia, and of the following Federal District Court and Court of Appeals Bar: United States District Court for the District of Columbia and United States Court of Appeals for the Sixth Circuit, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted pro hac vice in any case in this

District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Amy Fettig, DC Bar No. 484883
ACLU National Prison Project
915 15th Street, NW, 7th Floor
Washington, DC 20005
(202) 548-6608
(202) 393-4931 (fax)

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

__/s/John W. Dineen________
John W. Dineen, RI Bar ID No. 2346
305 South Main Street
Providence, RI 02903
(401) 223-2397
(401) 223-2399 (fax)

---

**ORDER**

This motion is hereby ________________________________

________________________
District Judge

Date: