**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| INMATES OF THE RHODE ISLAND TRAINING SCHOOL, | : | |
| Plaintiffs | : | |
| v. | : | C.A. No. 71-4529 L |
| PATRICIA MARTINEZ, et al. | : | |
| Defendants. | : | |

**MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

Plaintiffs' counsel, David Fathi, hereby respectfully requests leave of Court to withdraw his appearance in this action, and in support thereof states as follows:

1. David Fathi is leaving the employ of the National Prison Project of the American Civil Liberties Foundation commencing September 21, 2007.

2. John W. Dineen, RI Bar ID No. 2346, shall continue as local associate counsel.

3. Amy Fettig, Staff Counsel of the National Prison Project of the ACLU, is simultaneously seeking admission *pro hac vice* in the above case as substitute associate counsel with the above named local associate counsel, John W. Dineen. A copy of this motion is attached as Appendix A to the Motion to Withdraw.

4. Wherefore, David Fathi hereby respectfully requests permission to withdraw his appearance in this case.

Respectfully submitted,

_/s/David Fathi____________
David Fathi

__/s/John W. Dineen________
John W. Dineen, RI Bar ID 2346

ACLU National Prison Project
915 15th Street, NW
7th Floor
Washington, DC 20005
(202) 548-6609
(202) 393-4931

Dated: __9/20/07____________

305 South Main Street
Providence, RI 02903
(401) 223-2397
(401) 223-2399 (fax)

Dated: __10/1/07____________

Attorneys for Plaintiffs