**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **INMATES OF THE RHODE ISLAND TRAINING SCHOOL Plaintiffs** | } } | |
| **v.** | } | **C.A. No. 71-4529 L** |
| **PATRICIA MARTINEZ, et al Defendants** | } } | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2007 I served copies of the Motion to Withdraw as Counsel, filed by Attorney David Fahti, with the attached Pro Hac Vice Motion of Amy Fettig, and the Memorandum in Support to:

**Kevin Aucoin at** Kevin.aucoin@dcyf.ri.gov

/s/ John W. Dineen
John W. Dineen, Esq. #2346
305 South Main Street
Providence, RI 02903
Tel 401-223-2397
Fax 401-223-2399