**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| INMATES OF THE RHODE ISLAND TRAINING SCHOOL, Plaintiffs | : | |
| v. | : | C.A. No. 71-4529 L |
| PATRICIA MARTINEZ, et al. Defendants. | : | |

**MOTION TO WITHDRAW AS COUNSEL**

Plaintiffs' counsel, David Fathi, hereby respectfully requests leave of Court to withdraw his appearance in this action, and in support thereof, offers the attached memorandum and Appendix A, Motion for Entry of Appearance Pro Hac Vice for substitute counsel, Amy Fettig.

Respectfully submitted,

_/s/David Fathi_________________
David Fathi
ACLU National Prison Project
915 15th Street, NW
7th Floor
Washington, DC 20005
(202) 548-6609
(202) 393-4931 (fax)
Dated: __9/20/07____________

_/s/John W. Dineen_________
John W. Dineen, RI Bar ID 2346
305 South Main Street
Providence, RI 02903
(401) 223-2397
(401) 223-2399 (fax)
Dated: _10/1/07_____________

Attorneys for Plaintiffs

---

**ORDER**

This motion is hereby GRANTED

Ronald R. Lagueux
Sr. District Judge

10/11/07
Date